# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN WILLIAM WILLIAMS, | : | |
|     Petitioner | : | No. 1:18-cv-2250 |
| | : | |
| v. | : | **(Judge Kane)** |
| | : | **(Magistrate Judge Arbuckle)** |
| FCI OTISVILLE, | : | |
|     Respondent | : | |

## ORDER

Before the Court in the above-captioned action is the October 29, 2019 Report and Recommendation of Magistrate Judge Arbuckle (Doc. No. 10), recommending that the Court transfer Petitioner John William Williams ("Petitioner")'s petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2255 (Doc. No. 1) to the United States District Court for the Eastern District of Texas because venue is proper in that judicial district.[1] No timely objections to the Report and Recommendation have been filed.

**AND SO**, on this 25th day of November 2019, upon independent review of the record and applicable law, **IT IS ORDERED THAT**:

1. Magistrate Judge Arbuckle's Report and Recommendation (Doc. No. 10) is **ADOPTED**; and

2. The Clerk of Court is directed to **TRANSFER** the above-captioned action to the United States District Court for the Eastern District of Texas and to **CLOSE** the above-captioned case in this judicial district.

                                                s/ Yvette Kane
                                                Yvette Kane, District Judge
                                                United States District Court
                                                Middle District of Pennsylvania

---

[1] As noted in the Report and Recommendation, Magistrate Judge Arbuckle concluded that the proper venue for the adjudication of the instant Section 2255 petition is the Eastern District of Texas, where the Court that had sentenced Petitioner is located. (Doc. No. 10 at 3.)